**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

April 30, 2024

John Pickering
98−01 67TH AVENUE, BRUSSELS−APT 3−0
QUEENS, NY 11374

Your civil action *Pickering v. Amazon.com Inc et al* was filed in the U.S. District Clerk's office at Seattle on April 26, 2024.

Your case has been assigned Case Number **2:24−cv−00592−KKE,** and has been assigned to Judge Kymberly K. Evanson, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file