UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING,<br><br>              Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., et al.,<br><br>             Defendants. | Case No. C24-0592-KKE<br><br>REPORT AND RECOMMENDATION |

       Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). Dkt. 1. In his motion, Plaintiff indicates he has received $10,986.00 in disability, unemployment, workers compensation, or public assistance and $291.00 in SNAP benefits over the past twelve months, and that he has $20,000.00 from social security income in savings. *Id.* His monthly living expenses are $2,500.00. *Id.*

       Because it appears Plaintiff has financial resources allowing for payment of the Court's filing fee, the Court recommends the motion to proceed IFP, Dkt. 1, be DENIED.[1] This action should proceed only if plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of

---

[1] In the event the assigned District Judge determines Plaintiff *is* eligible to proceed IFP under these facts, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

REPORT AND RECOMMENDATION - 1

the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation must be filed with the Clerk and served upon all parties not later than **twenty-one (21) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **twenty-one (21) days** from the date they are filed. Responses to objections may be filed within **fifteen (15) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 22, 2024**.

Dated this 1st day of May, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2