UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING,<br>          Plaintiff,<br>     v.<br>AMAZON.COM INC et al.,<br>          Defendants. | CASE NO. C24-00592-KKE<br><br>ORDER DENYING IFP |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

//

//

ORDER DENYING IFP - 1

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED based on financial ineligibility. Plaintiff is directed to pay the full filing fee of $405.00 **no later than June 24, 2024**. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid by June 24, 2024, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

Dated this 24th day of May, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING IFP - 2