TO: U.S. DISTRICT COURT                                   DATED: 3/8/2024
FEDERAL COURTHOUSE
COURT CLERKS OFFICE
700 STEWART St,
SEATTLE, WA 98101
PHONE (206) 370-8400

FILED
LODGED
RECEIVED    MAIL

JUN 10 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

RE: APPLICATION TO PROCEED IN THIS U.S. DISTRICT TO PROCEED WITHOUT PREPAYING FEES OR COSTS (SEE SHORT FORM AND SSI DOC.)

I, JOHN PICKERING, PRO SE LITIGANT WITH MOTION, MOVES THIS COURT REQUESTING THE U.S. MARSHAL SERVICE IN ACCORD WITH (FORM USM-285 (USMS) TO SERVE PROCESS RECEIPT AND RETURN) TO SERVE ALL DEFENDANTS, et. al., PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES SUMMONS, SERVING OTHER — PROCESS AND, FEDERAL RULE OF CRIMINAL PROCEDURE, SCOPE, DEFINITIONS —— RULES. 4(c)(3), (h), (i), (j)(1)(A)(B),(c)(4),(j), (k),(l)(m)(N) ALSO, 4.1(a)(b) AND, RULE. 1(a)(b)(c).

FEDERAL RULES OF CIVIL PROCEDURES IS EXTENDED TO PRETRIAL CONFERENCES, SCHEDULING MANAGEMENT, DISPOSITION BY ORAL EXAMINATION ALSO, STAY OF PROCEEDINGS TO ENFORCE [A] JUDGMENT, INDICATIVE RULING ON [A] MOTION FOR RELIEF THAT IS BARRED BY [A] PENDING APPEAL AND JUDGE'S INABILITY, TO PROCEED, —— RULES. 16(a)-(f), 30(a)-(g) ALSO, 62(d)-(h), 62.1(a) -(c), 63

DEPARTMENTS-DIVISION TO BE SERVED ARE AS FOLLOWS:

U.S. DEPARTMENT OF JUSTICE

1.-6.

CONSUMER PROTECTION OFFICE

CONSUMER COMPLAINTS FILES

FRAUD SECTION UNIT

JUDICIARY CENTER, BLDG,

555 4TH STREET, N.W.,

WASHINGTON, D.C. 20001

PHONE (202) 514-7566

FAX (202) 307-3569


ANTITRUST DIVISION (ATR)

OF THE UNITED STATES

DEPARTMENT OF JUSTICE,

"COMPLAINT" ASSISTANT ATTORNEY GENERAL JANATHAN KANTER

950 PENNSYLVANIA AVENUE, N.W, 3109 RFK 202-514-2401

WASHINGTON, DC. 20530-0001

PHONE (888) 647-3258 /(202) 307-2040 / FAX: 202-514-0306

ATR@usdoj.gov


FOOD AND NUTRITION SERVICE, USDA

1320 BRADDOCK PLACE, ROOM 334

ALEXANDRIA, VA 22314

FAX (833) 256-1665 OR, (202) 690-7442

EMAIL: FNSCIVILRIGHTSCOMPLAINTS@usda.gov


U.S. DEPARTMENT OF AGRICULTURE,

OFFICE OF ASSISTANT

SECRETARY FOR CIVIL RIGHTS

DISCRIMINATION COMPLAINT

1400 INDEPENDENCE AVENUE S.W.,

WASHINGTON, D.C. 20250-9410

FAX (202) 690-7442

EMAIL: OAC@usda.gov

2.

U.S. ATTORNEY OFFICE

TESSA M. GORMAN

700 STEWART STREET,

SUITE 5220

SEATTLE, WA 98101

PHONE (206) 553-7970

FAX (206) 553-0882

EMAIL USAO-WDWA

FREEDOM OF INFORMA ACT AND

PRIVACY ACT STAFF

600 E STREET, N.W, ROOM 7100

WASHINGTON, DC. 20530-0001

PHONE (202) 616-6757

FAX (202) 616-6478

AMAZON PAYMENTS, INC.

P.O. BOX 31226

SEATTLE, WA 98108

FOOD SERVICE DIRECT

HEADQUARTERS

905 G St Ste A,

HAMPTON, VIRGINIA, 23661

WASHINGTON STATE

OFFICE OF THE ATTORNEY GENERAL

ANTITRUST COMPLAINTS

1125 WASHINGTON STREET SE

P.O. BOX 40100

OLYMPIA

WA 98504-0100

3.

ATTORNEY GENERAL OF VIRGINIA
CONSUMER COMPLAINT
VIRGINIA ANTITRUST ACT
202 NORTH NINTH STREET
RICHMOND, VA 23219
PHONE (804) 786-2071
email: mailoag@oag.State.Va.us

OFFICE OF THE NYS ATTORNEY GENERAL
ANTITRUST BUREAU,
CONSUMER FRAUDS AND
PROTECTION BUREAU,
THE CAPITAL
ALBANY, N.Y. 12224-0341
PHONE (800) 771-7755

NYS DEPARTMENT OF FINANCIAL SERVICES
CONSUMERS ASSISTANCE UNIT
ONE COMMERCE PLAZA
ALBANY, N.Y. 12257
PHONE (212) 480-6400
services@amazon.com

US MARSHAL SERVICE (FORM USM-285 (USMS)
US COURTHOUSE
700 STEWART STREET, SUITE 9000
SEATTLE, WA 98101-4438
PHONE (206) 370-8600

JUSTICE MANAGEMENT DIVISION
GENERAL COUNSEL - ARTHUR GARY
(2CON) ROOM 8E528, 514-3452

4.

950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

AMAZON APP SUITE LEGAL NOTICES
LEGAL DEPARTMENT, P.O. BOX 81226
SEATTLE, WA 98108
PHONE (206) 266-4064 / FAX (206) 266-7010
email; copyright @ AMAZON.com

AMAZON LEGAL DEPARTMENT
2021 7TH AVENUE
SEATTLE, WA 98121
ATTN: GENERAL COUNSEL

AMAZON BUSINESS
325 9TH AVE, N,
SEATTLE, WA 98109-5210
ATTN: DIRECTOR OF SALES

FOOD SERVICE DIRECT.com
LIMITED LIABILITY COMPANY (LLC)
2 EATON ST STE 805
HAMPTON, VA 23669-4054
PHONE (424) 373-3663

5,

DATED: 3/1/2024



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7022 2410 0002 4335 8911

John Pickering

John Pickering-George

JOHN PICKERING

JOHN PICKERING-GEORGE

98-01 67TH AVENUE

BRUSSELS-APT. 3-O

REGO PARK

QUEENS, NY. 11374

TEL.: (646) 469-0087

Gmail: pickeringjohn334@gmail.

com OR,

TEL.: (917) 673-3794

Gmail: swissshineing340@g

mail.com

6.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; January 2023; All rights reserved.

**FROM:**

John Pickering
98-01 69TH Avenue
Brussels- Apt. 3-0
Queens, N.Y. 11374

**TO:**

United States District Court
Office of the Clerk
U.S. Courthouse
700 Stewart Street
Suite 2310
Seattle, WA 98101

**PRIORITY® MAIL**

...strictions apply).*

...many international destinations.

...form is required.

...laims exclusions see the

...bility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**UNITED STATES POSTAL SERVICE**

Retail

**US POSTAGE PAID**

**$9.85**

Origin: 11375
08/07/24
3828930013-16

RDC 03

0 Lb 3.30 Oz

C028

**PRIORITY MAIL®**

EXPECTED DELIVERY DAY: 08/10/24

SHIP
TO:
STE 2310
700 STEWART ST
SEA SEATTLE WA 98101-4442

**USPS TRACKING® #**

9505 5141 8441 4159 9321 82

1/2

This package is made from post-consumer waste. Please recycle - again.