UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING,<br>　　　　　　Plaintiff,<br>v.<br>AMAZON.COM INC et al.,<br>　　　　　　Defendants. | CASE NO. C24-00592-KKE<br><br>ORDER DENYING MOTION FOR SERVICE BY U.S. MARSHALS |

John Pickering, proceeding *pro se*, asks the Court to order the U.S. Marshals Service to serve his complaint on the defendants. Dkt. No. 5. Mr. Pickering's motion does not contain any argument as to why he is entitled to service by the U.S. Marshals. Plaintiffs who are authorized to proceed *in forma pauperis* ("IFP") are entitled to have their summons and complaint served by the U.S. Marshal Service. Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d). Because his motion to proceed IFP was denied, Mr. Pickering is not entitled to such service. Dkt. No. 4.

Because Mr. Pickering is not entitled to service by U.S. Marshals, and because he provides the Court no other basis for granting his request, his motion is DENIED.

Dated this 24th day of June, 2024.

　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　United States District Judge