TO: U.S. DISTRICT COURT
FEDERAL COURTHOUSE
COURT CLERKS
700 STEWART St,
SEATTLE, WA 98101
PHONE (206) 370-8400
HONORABLE JUDGE, KYMBERLY EVANSON (KKE) CHAMBERS.

RE: CASE: 2:24-cv-00592-KKE DOCUMENT 7 FILED: 06/24/24 PAGE 1 OF 1:/, PLAINTIFF'S MOTION FOR RECONSIDERATION THAT THIS COURT, VACATE [A] PREVIOUS ORDER, OR MODIFY "ORDER" DENYING MOTION FOR SERVICE BY U.S. MARSHALS

1. PLAINTIFF'S MOTION FOR RECONSIDERATION IN ACCORDANCE WITH, U.S. DISTRICT COURT, FILING AND MISCELLANEOUS FEES, RULES OF COURT, 28 USC § 1914. FILING FEE FOR CIVIL CASE $405.00, BUT PLAINTIFF WAS NOT GRANTED IFP STATUS UNDER 28 USC § 1915, PLAINTIFF DID HOWEVER PAY THE "FILING FEE, DOCKETING FEE" OF $405.00 BY MONEY ORDER WITH THIS US-DISTRICT COURT. PLAINTIFF NOW MOTION FOR [A] COURT ORDER FOR ANY ADDITIONAL FEES PURSUANT TO, US MARSHALS TO SERVE PROCEDURAL SUMMONS AND COMPLAINT ON BEHALF OF, NON-INDIGENT PRO SE LITIGANT-PLAINTIFF, U.S. CONST. ART. 1, § 8 cl. 9.1,..... U.S. CONST. ART. 2, § 4.4.10,..... U.S. CONST. AMENDT. 14, § 1.4. ALSO, 28 USC §§ 1915, 1920, 1921 AND, FRCP. RULE. 4, 4.1(a) AND, F.R.CRIM.P. RULE. 1

2. "US MARSHALS SERVICE POLICY DIRECTIVES" THE U.S. MARSHALS "SERVICE OF PROCESS" HOWEVER, SHOULD NOT UNDERTAKE COLLECTION OF THE ASSOCIATED USMS FEES AND, EXPENSES UNLESS HE OR SHE BELIEVES THAT SUCH COLLECTION

1.- 4. Pg's, EXHIBITS: 2 Pgs

WOULD BE COST-EFFECTIVE. INSTEAD, THE U.S. MARSHAL SHOULD PRESENT HIS OR HER FEES AND EXPENSES FOR PAUPER SERVICE, TO THE COURT "THIS COURT" AND REQUEST THAT THE COURT TAX THE FEES AND EXPENSES IN FAVOR OF THE U.S. MARSHALS SERVICE, 28 USC §§ 565, 567, 1921 AND, 2412 ., 28 CFR 0.114 IN THE CASE OF [A] FAVORABLE JUDGMENT FOR THE "INDIGENT PERSON OR, NON-INDIGENT PERSON" FRCP. RULE.54 (d) OR, OTHER CIRCUMSTANCES. SUCH AS [A] SETTLEMENT, COLLECTION OF THESE FEES AND EXPENSES WOULD THEN BE POSSIBLE.

3. POLICY CALCULATION IS WARRANTED WITHIN MEANING OF, MINIMUM OR MAXIMUM FEE IN ADDITION TO THE ALREADY PAID INTO THE COURT $405.00 "FILING FEE FOR CIVIL CASE", 28 USC §§ 565, 567, 1921 AND, 2412 ., 28 CFR 0.114

4. PROCEDURES, FEES, GENERALLY WHEN SERVING PROCESS ON BEHALF OF THE DEPARTMENT OF JUSTICE AND OTHER FEDERAL AGENCIES, INCLUDING AGENCIES ENGAGED IN COMMERCIAL LITIGATION, THE U.S. MARSHAL WILL NOT CHARGE, THE AGENCY [A] SERVICE OF PROCESS FEE EVENTHOUGH FEES ARE NOT GENERALLY CHARGED. THE U.S. MARSHAL SHOULD NEVERTHELESS RECORD ALL APPLICABLE FEES AND MILEAGE ON [A] FORM USM-285 FOR RECORD KEEPING PURPOSES.

5. WRITE-OFF OF UNCOLLECTED CHARGES FOR PROCESSING FEES AND MILEAGE: WRITE-OFF AUTOMATICALLY IS, DELEGATED TO THE U.S. MARSHAL TO TERMINATE COLLECTION ACTIVITY FOR CHARGES IN PRIVATE CIVIL MATTERS OF $100 OR, LESS FOR EACH COURT CASE. [A] FORM USM-109, REQUEST MUST BE ACCOMPANIED WITH [A] DETAILED USM-286 LISTING THE CHARGE TO BE TERMINATED. UPON RECEIPT OF THE APPROVED REQUEST FROM EITHER THE U.S. MARSHAL

OR, OFFICE OF FINANCE, THE DISTRICT FISCAL PERSONNEL, WILL ENTER THE WRITE-OFF INTO AUTOMATED ACCOUNTING SYSTEM. [A] COPY OF THE APPROVED REQUEST WILL BE PLACED IN THE USM-286 FILE, TO DOCUMENT TERMINATION OF THE COLLECTION ACTIVITY. [A] SECOND COPY OF THE DOCUMENT WILL BE PLACED WITH THE CURRENT MONTH'S FINANCIAL ACCOUNTING RECORDS,:...

    a) PROCESS RECEIPT AND RETURN, FORM USM-285,

    b) PROCEDURES

    c) SERVICE BY CERTIFIED MAIL.

    d) "BILLING FOR SERVICE" USM-285 AND, USM-286,

PURSUANT TO PLAINTIFF'S CIVIL AND CRIMINAL COMPLAINT, FRCP. RULE. 4,. 4.1(a) AND 55(d) CIVIL PROCESS AND, "JUDGMENT AGAINST THE UNITED STATES" AND, F.R. CRIM. P. RULES. 4,. 9 AND 57 CRIMINAL PROCESS ALSO, DISTRICT COURT RULES., TITLES 18 AND, 28 U.S. CODES., COMPLAINT AND SUMMONS., METHODS OF SERVICE ON INDIVIDUALS BY STATE.

<p style="text-align:center;">CONCLUSION</p>

6. PLAINTIFF MOTION/MOVES THIS COURT FOR RECONSIDERATION, THAT THIS COURT VACATE ORDER, OR MODIFY "ORDER" DOCUMENT FILED, DATED: 6/24/2024, PLAINTIFF'S EXTRAORDINARY CIRCUMSTANCES WHICH ARE BASED ON THE MEMORANDUM OF CONSTITUTIONAL LAW AND, U.S. MARSHALS SERVICE POLICY DIRECTIVES. SERVICE OF PROCESS, GENERAL "REASONS" INCLUDING

<p style="text-align:center;">3.</p>

Case 2:24-cv-00592-KKE   Document 8   Filed 08/12/24   Page 4 of 8

NEW EVIDENCE, CORRECTING AN ERROR, PREVENTING MANIFEST INJUSTICE, AND AN INTERVENING CHANGE IN CONTROLLING LAW, GRANTING PLAINTIFF'S REQUESTED RELIEF.

DATED: 7/25/2024

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RESEARCH. EXECUTED ON 7/25/2024

John Pickering-George
JOHN PICKERING-GEORGE
CLAIMANT-PLAINTIFF
98-01 67TH AVENUE
BRUSSELS-APT. 3-D
REGO PARK
QUEENS, N.Y. 11374
(917) 673-3794
(646) 469-0087
sunishineing340@gmail.com



4.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING,<br>　　　　　　　Plaintiff,<br>　v.<br>AMAZON.COM INC et al.,<br>　　　　　　　Defendants. | CASE NO. C24-00592-KKE<br><br>ORDER DENYING MOTION FOR SERVICE BY U.S. MARSHALS |

　　　　John Pickering, proceeding *pro se*, asks the Court to order the U.S. Marshals Service to serve his complaint on the defendants. Dkt. No. 5. Mr. Pickering's motion does not contain any argument as to why he is entitled to service by the U.S. Marshals. Plaintiffs who are authorized to proceed *in forma pauperis* ("IFP") are entitled to have their summons and complaint served by the U.S. Marshal Service. Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d). Because his motion to proceed IFP was denied, Mr. Pickering is not entitled to such service. Dkt. No. 4.

　　　　Because Mr. Pickering is not entitled to service by U.S. Marshals, and because he provides the Court no other basis for granting his request, his motion is DENIED.

　　　　Dated this 24th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION FOR SERVICE BY U.S. MARSHALS - 1



**United States Postal Service**

9590 9402 8484 3186 3797 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS-APT. 3-0
QUEENS, N.Y. 11374

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HONORABLE JUDGE KYMBERLY
EVANSON (KKE)
US DISTRICT COURT.
700 STEWART ST.
SEATTLE, WA 98101

9590 9402 8484 3186 3797 95

2. Article Number (Transfer from service label)

9589 0710 5270 1523 8900 45

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

FROM: JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT. 3-O
QUEENS, N.Y. 11374

TO: U.S. DISTRICT COURT
FEDERAL COURTHOUSE
COURT CLERKS OFFICE
700 STEWART ST.
SEATTLE, WA 98101

AUG 12 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

US POSTAGE PAID
$9.85
Origin: 10009
08/09/24
3599750018-34

PRIORITY MAIL®
0 Lb 2.40 Oz
RDC 03
C028

EXPECTED DELIVERY DAY: 08/12/24

SHIP TO:
700 STEWART ST
SEATTLE WA 98101-4439

USPS TRACKING® #
9505 5132 2027 4222 5165 37