1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING, | CASE NO. C24-00592-KKE |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| AMAZON.COM INC et al., | |
| Defendants. | |

On June 24, 2024, this Court issued an order denying Plaintiff's motion for service of his *pro se* complaint by the United States Marshals Service.  Dkt. No. 7.  On August 12, 2024, 49 days later, Plaintiff filed a motion for reconsideration of that order.  Dkt. No. 8.

Under Local Civil Rule 7(h)(2), a motion for reconsideration "shall be filed within fourteen days after the order to which it relates is filed."  Plaintiff's motion for reconsideration is untimely.  *See Cardworks Processing, LLC v. Pinnacle Processing Grp., Inc.*, No. C12-557-MJP, 2013 WL 12250011, at *1 (W.D. Wash. Mar. 11, 2013).

Even if the motion were timely filed, it would be denied on the merits. The Court will ordinarily deny motions for reconsideration "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1).  Here, Plaintiff does not argue that the Court's prior order contained manifest error, nor does he show new facts

ORDER DENYING MOTION FOR RECONSIDERATION - 1

or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence.

Accordingly, Plaintiff's motion for reconsideration (Dkt. No. 8) is DENIED.

Dated this 13th day of August, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2