UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING,<br>　　　　　　Plaintiff(s),<br>　v.<br>AMAZON.COM INC et al.,<br>　　　　　　Defendant(s). | CASE NO. C24-00592-KKE<br><br>ORDER TO SHOW CAUSE |

　　　　On June 24, 2024, the Court denied Plaintiff's motion for service of his *pro se* complaint by the United States Marshals Service. Dkt. No. 7.  Plaintiff then filed a motion for reconsideration of that order, Dkt. No. 8, which the Court likewise denied.  Dkt. No. 9.  Since Plaintiff's request, he has yet to file proof of service.

　　　　Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FRCP 4(m).  Plaintiff filed his complaint on June 11, 2024, but has not shown proof of service within 90 days.  Dkt. No. 6.

//

//

//

ORDER TO SHOW CAUSE - 1

Accordingly, Plaintiff is ORDERED to show cause by October 16, 2024, why this case should not be dismissed for failure to serve.

Dated this 16th day of September, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge