TO: U.S. DISTRICT COURT
FEDERAL COURTHOUSE
COURT CLERKS OFFICE
700 STEWART St,
SEATTLE, WA 98101
PHONE (206) 370-8400

DATED: 10/7/24



RE: PLAINTIFF'S REPLY TO U.S. DISTRICT COURT JUDGES ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE, PROOF OF SERVICE UPON THE DEFENDANT(S) DOCUMENTARY EVIDENCE, PICTORIAL EVIDENCE "RETURN TO SENDER" ARE ENCLOSED, FRCP. RULES. 4, 5 AND, 55

    PLAINTIFF'S PRO SE LITIGANT REPLY IS AS FOLLOWS, PURSUANT TO FRCP. RULE. 4(i)(4) EXTENDING TIME, THE COURT MUST ALLOW [A] PARTY [A] REASONABLE TIME TO CURE FAILURE TO:

    (A) SERVE [A] PERSON REQUIRED TO BE SERVED UNDER RULE 4(i)(2), IF THE PARTY HAS SERVED EITHER THE UNITED STATES ATTORNEY OR THE ATTORNEY GENERAL OF THE UNITED STATES.

    (B) SERVICE THE UNITED STATES UNDER RULE. 4(i)(3) IF THE PARTY HAS SERVED THE UNITED STATES OFFICER OR EMPLOYEE (PROOF OF SERVICE, IS ENCLOSED UPON THE UNITED STATES AND ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES.) DOCUMENTARY EVIDENCE.

    [T]HIS COURT MAY BY ORDER AUTHORIZE SERVICE

ON [A] DEFENDANT(S), DESCRIBED IN RULE. 4(e),(h)(1),(i) 28 U.S.C. §§ 453, 1361; ALSO,

IN ACCORDANCE WITH FRCP. RULE.5 SERVING AND, FILING PLEADING AND OTHER PAPERS (a)(1)(A), (2), (d)(2)(A)(B),(4)

DATED: 10/7/2024

I. DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

John Pickering-George
JOHN PICKERING-GEORGE
CLAIMANT - PLAINTIFF
98-01 67TH AVENUE
BRUSSELS - APT. 3-0
REGO PARK
QUEENS, N.Y. 11374
(917) 673-3794
(646) 469-0087
sunisshineing340@gmail.com


CERTIFIED MAIL
7021 2720 0003 1942 9069

2.





**UNITED STATES POSTAL SERVICE.**

PETER STUYVESANT
·5 E 14TH ST
·· NY 10009-9997
·· ·)275-8777

01/17/2024                                  10:08 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

P··· · Mail®         1                        $9···

DC 2000·

··· 01 19/·/2024
··········· #:
9505 5132 2029 4017 2494 40
Insurance                                    $0.00
Up to $100.00 included
Total                                        $9.65

Priority Mail®      1                        $9.65
Flat Rate Env
  Seattle, WA 98103
  Flat P···
  Expected Delivery Date
    Fri 01/19/2024
  Tracking #:
    9505 5132 2029 4017 2494 64
  Insurance                                  $0.00
    Up to $100.00 included
                                             $9.65

P···· ·· ··· ®       1                       $9.65
Flat Rate ··
  Wash····· ··, DC 20530
  Flat Rat·
  Expected Delivery Date
    Fri 01 ·9/2024
  Tracking #:
    9505 5132 2029 4017 2494 88
  Insurance                                  $0.00
    Up to $100.00 included
Total                                        $9.65

Priority Mail·                              ·· 65
Flat Rate
  Wash··          ·0
  F···
  E ····         ···
    ··           ··/4
    ····
           ·· 2029 4017 2495 01
  ····· ···e                                 $0.00
    Up to $100.00 included
Total                                        $9.65

Priority Mail®      1                        $9.65
Flat Rate Env
  Jamaica, NY 11433
  Flat Rate
  Expected Delivery Date
    Fri 01/19/2024
  Tracking #:
    9505 513· 2029 4017 2495 25
  Insurance                                  $0.00
    Up to $100.00 included
Total                                        $9.65

Grand Total:                                $48.25

Debit Card Remit                            $48.25
  Card Name: VISA
  Account #: XXXXXXXXXXXX2998
  Approval #: 075810

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $              Postmark
☐ Certified Mail Restricted Delivery $              Here
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
USPOJ / SONATHAN KANTER / ANTITRUST DIVISION
Street and Apt. No., or PO Box No.
950 PENNSYLVANIA AVENUE, NW
City, State, ZIP+4®
WASHINGTON, D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions

9589 0710 5270 0000 2467 2475

USPS Priority Mail Flat Rate envelope, $9.65 postage.

Label details:
- Origin: 10009, 01/17/24
- Expected Delivery Day: 01/19/24
- SHIP TO: PO BOX 31226, SEATTLE WA 98103-1226
- USPS Tracking #: 9505 5132 2029 4017 2494 04
- FROM: John Pickering, 98-01 69th Avenue, Brussels Apt 3-0, Queens, N.Y. 11th

Handwritten notes on envelope:
- "DON'T Deliver from Amazon"
- "To this B." / "RB"
- "RET TO SENDER" / "N" / "BUSINESS" / "98103-RES-IN" / "P.O. Box"
- Postal markings: "ATTEMPTED — NOT KNOWN", "UNABLE TO FORWARD", "RETURN TO SENDER"
- "Amazon P.O. Box 31— Seattle, Wash."

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN PICKERING,
    Plaintiff(s),

v.

AMAZON.COM INC et al.,
    Defendant(s).

CASE NO. C24-00592-KKE

ORDER TO SHOW CAUSE

On June 24, 2024, the Court denied Plaintiff's motion for service of his *pro se* complaint by the United States Marshals Service. Dkt. No. 7. Plaintiff then filed a motion for reconsideration of that order, Dkt. No. 8, which the Court likewise denied. Dkt. No. 9. Since Plaintiff's request, he has yet to file proof of service.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FRCP 4(m). Plaintiff filed his complaint on June 11, 2024, but has not shown proof of service within 90 days. Dkt. No. 6.

//

//

//

ORDER TO SHOW CAUSE - 1

Accordingly, Plaintiff is ORDERED to show cause by October 16, 2024, why this case should not be dismissed for failure to serve.

Dated this 16th day of September, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT. 3-0
QUEENS, N.Y. 11374

TO: U.S. DISTRICT COURT
FEDERAL COURTHOUSE
COURT CLERKS OFFICE
700 STEWART ST,
SEATTLE, WA 98101

FILED
LODGED
RECEIVED
OCT 11 2024
CLERK, U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Retail
US POSTAGE PAID
$10.45
Origin: 11375
10/09/24
3528930013-33

PRIORITY MAIL®
0 Lb 2.60 Oz
RDC 03
C028

EXPECTED DELIVERY DAY: 10/11/24

SHIP TO:
700 STEWART ST
SEATTLE WA 98101-4439

USPS TRACKING® #
9505 5141 9439 4283 8577 38

EP14F July 2013
OD: 12.5 x 9.5