SERVICE OF PROCESS

TO: U.S. DEPARTMENT OF JUSTICE
CONSUMER COMPLAINTS FILES
FRAUD SECTION UNIT
JUDICIARY CENTER, BLDG,
555 4TH STREET, N.W.,
WASHINGTON, D.C. 20001
TEL (202) 514-7566
FAX: (202) 307-3569

TO: FREEDOM OF INFORMATION ACT AND
PRIVACY ACT STAFF
600 E STREET, N.W, Room 7100
WASHINGTON, D.C. 20530-0001
TEL (202) 616-6757
FAX (202) 616-6478

TO: AMAZON LEGAL DEPARTMENT
P.O. BOX 81226
SEATTLE,
WA 98108

TO: AMAZON PAYMENTS, INC.
P.O. BOX 31226
SEATTLE, WA. 98108

TO: FOOD SERVICEDIRECT
HEADQUARTERS
905 G ST STE A,
HAMPTON, VIRGINIA, 23661
TEL (757) 244-4819

1-3.-4

<u>SERVICE OF PROCESS</u>

TO: FOODSERVICEDIRECT.COM
2 EATON St,
HAMPTON, VIRGINIA 23669
TEl (855) 705-0755 / (757) 644-4465

TO: US DEPARTMENT OF AGRICULTURE,
OFFICE OF ASSISTANT
SECRETARY FOR CIVIL RIGHTS,
DISCRIMINATION COMPLAINT
1400 INDEPENDENCE AVENUE S.W.,
WASHINGTON, D.C. 20250-9410
FAX: (202) 690-7442
email: OAC @ usda.gov.

OFFICE OF THE NYS ATTORNEY GENERAL
ANTITRUST BUREAU,
CONSUMER FRAUDS AND
PROTECTION BUREAU,
THE CAPITAL
ALBANY, NY 12224-0341
TEl (800) 771-7755

TO: ANTITRUST DIVISION (ATR)
OF THE UNITED STATES
DEPARTMENT OF JUSTICE,
"COMPLAINT"
950 PENNSYLVANIA AVENUE, N.W.,
WASHINGTON, D.C. 20530-0001
TEl (888) 647-3258 / (202) 307-2040
ATR @ usdoj.gov

2.

SERVICE OF PROCESS

TO: U.S DEPARTMENT OF JUSTICE
JUSTICE MANAGEMENT DIVISION
HUMAN RESOURCES
950 PENNSYLVANIA AVENUE, N.W,
ROOM: 1111
WASHINGTON D.C. 20530

TO: FOOD AND NUTRITION SERVICE, USDA
1320 BRADDOCK PLACE, ROOM 334
ALEXANDRIA, VA 22314
FAX (833) 256-1665 OR, (202) 690-7442
EMAIL: FNSCIVILRIGHTSCOMPLAINTS@usda.gov

TO: NYS DEPARTMENT OF FINANCIAL SERVICES
CONSUMERS ASSISTANCE UNIT
ONE COMMERCE PLAZA
ALBANY, NY 12257
TEL (212) 480-6400
Services@amazon.com

TO: U.S. DEPARTMENT OF JUSTICE
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL BRIAN BOYNTON
CIVIL DIVISION
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

DATED: 12/12/2024

John Pickering Pro Se
John PICKERING, PRO SE

3.



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ®

9589 0710 5270 2381 7781 86



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ®

9589 0710 5270 1873 8296 27



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ®

9589 0710 5270 1873 8296 41



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ®

9589 0710 5270 2381 7782 09

DATED: 12/12/2024

4.

**UNITED STATES POSTAL SERVICE**

PETER STUYVESANT
335 E 14TH ST
NEW YORK, NY 10009-9997
(800)275-8777

12/12/2024                    10:17 AM

---------------------------------
             Duplicate
---------------------------------
Product          Qty   Unit    Price
                       Price

---------------------------------
Priority Mail®         1              $10.45
  Flat Rate Env
    Hampton, VA 23661
    Flat Rate
    Expected Delivery Date
      Sat 12/14/2024
    Tracking #:
      9505 5132 2029 4347 4652 06
    Insurance                        $0.00
      Up to $100.00 included
Total                                $10.45

Priority Mail®         1              $10.45
  Flat Rate Env
    Washington, DC 20001
    Flat Rate
    Expected Delivery Date
      Sat 12/14/2024
    Tracking #:
      9505 5132 2029 4347 4652 20
    Insurance                        $0.00
      Up to $100.00 included
Total                                $10.45

Priority Mail®         1              $10.45
  Flat Rate Env
    Seattle, WA 98108
    Flat Rate
    Expected Delivery Date
      Sat 12/14/2024
    Tracking #:
      9505 5132 2029 4347 4652 44
    Insurance                        $0.00
      Up to $100.00 included
Total                                $10.45

Priority Mail®         1              $10.45
  Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
      Sat 12/14/2024
    Tracking #:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To  U.S. ATTY GEN. US DOJ JUSTICE Mgt. Dir.
Street and Apt. No., or PO Box No.  950 PENNSYLVANIA AVE, NW, RmIII
City, State, ZIP+4®  WASHINGTON, D.C. 20530

PS Form 3800, January 2023                 See Reverse for Instructions

9589 0710 5270 2381 7781 86

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To  AMAZON'S LEGAL DEPARTMENT
Street and Apt. No., or PO Box No.  P.O. BOX 81226
City, State, ZIP+4®  SEATTLE, WA. 98108

PS Form 3800, January 2023                 See Reverse for Instructions

9589 0710 5270 1873 8296 41

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To  US. DOJ CONSUMER PROT. OFFICE
Street and Apt. No., or PO Box No.  555 4TH STREET, NW. FRAUD UNIT SEC.
City, State, ZIP+4®  WASHINGTON, D.C. 20001

PS Form 3800, January 2023                 See Reverse for Instructions

9589 0710 5270 1873 8296 27

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To  FOOD SERVICE DIRECT, HEADQUARTERS
Street and Apt. No., or PO Box No.  905 G. St. STE. A
City, State, ZIP+4®  HAMPTON, VIRGINIA 23661

PS Form 3800, January 2023                 See Reverse for Instructions

9589 0710 5270 2381 7782 09

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS- APT. 3-0
QUEENS, N.Y. 11374

TO: US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
JUSTICE MANAGEMENT DIVISION
950 PENNSYLVANIA AVENUE, N.W.
ROOM 1111
WASHINGTON, DC 20530


P S00001000014

EP14F July 2013
OD: 12.5 x 9.5

## VISIT US AT USPS.COM*
ORDER FREE SUPPLIES ONLINE

 UNITED STATES POSTAL SERVICE.

**PRIORITY® ★ MAIL ★**

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM: JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS- APT. 3-O
QUEENS, N.Y. 11374

TO: U.S DEPARTMENT OF JUSTICE
CONSUMER PROTECTION OFFICE
CONSUMER COMPLAINTS FILES
FRAUD SECTION UNIT
JUDICIARY CENTER, BLDG
555 4TH STREET, N.W.,
WASHINGTON, D.C. 20001




EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED *

 USPS TRACKING™ INCLUDED *

$ INSURANCE INCLUDED *

 PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: John Pickering
98-01 69th Avenue
Bartels - Apt 3-0
Queens, N.Y. 11374

TO: Amazons Legal Department
P.O. Box 81226
Seattle,
WA-98108



PS00001000014    EP54F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PRESS FIRMLY TO SEAL                PRESS FIRMLY TO SEAL                PRIORITY MAIL
                                                                        POSTAGE REQUIRED

# PRIORITY®
## ★ MAIL ★

📅 DATE OF DELIVERY SPECIFIED*

📶 USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

🚚 PICKUP AVAILABLE
    * Domestic only

FROM: John Pickering
      98-01 67th Avenue
      Brussels - Apt. 3-D
      Queens, N.Y. 11374

TO: Food Service Direct
    Headquarters
    905 G st. ste A,
    Hampton, Virginia, 23661

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



P S00001000014    EP14F July 2013
                  OD: 12.5 x 9.5

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE


**UNITED STATES**
**POSTAL SERVICE**®



**UNITED STATES POSTAL SERVICE.**

PETER STUYVESANT
335 E 14TH ST
NEW YORK, NY 10009-9997
(800)275-8777

12/12/2024                                        10:17 AM

------------------------------------------------
                    Duplicate
------------------------------------------------
Product               Qty    Unit        Price
                             Price
------------------------------------------------
Priority Mail®          1                 $10.45
Flat Rate Env
      Hampton, VA 23661
      Flat Rate
      Expected Delivery Date
         Sat 12/14/2024
      Tracking #:
         9505 5132 2029 4347 4652 06
      Insurance                            $0.00
         Up to $100.00 included
Total                                     $10.45

Priority Mail®          1                 $10.45
Flat Rate Env
      Washington, DC 20001
      Flat Rate
      Expected Delivery Date
         Sat 12/14/2024
      Tracking #:
         9505 5132 2029 4347 4652 20
      Insurance                            $0.00
         Up to $100.00 included
Total                                     $10.45

Priority Mail®          1                 $10.45
Flat Rate Env
      Seattle, WA 98108
      Flat Rate
      Expected Delivery Date
         Sat 12/14/2024
      Tracking #:
         9505 5132 2029 4347 4652 44
      Insurance                            $0.00
         Up to $100.00 included
Total                                     $10.45

Priority Mail®          1                 $10.45
Flat Rate Env
      Washington, DC 20530
      Flat Rate
      Expected Delivery Date
         Sat 12/14/2024
      Tracking #:
         9505 5132 2029 4347 4652 68
      Insurance                            $0.00
         Up to $100.00 included
Total                                     $10.45

```
------------------------------------------
Grand Total:                        $41.80
------------------------------------------
Debit Card Remit                    $41.80
    Card Name: VISA
    Account #: XXXXXXXXXXXX5064
    Approval #: 041610
    Transaction #: 134
    Receipt #: 079723
    Debit Card Purchase: $41.80
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

```
------------------------------------------
UFN: 359675-0018
Receipt #: 840-51000014-4-13097339-2
Clerk: 17
```



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail and Priority Mail International shipments. Misuses may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; June 2020; All rights reserved.

PRESS FIRMLY TO SEAL

FROM: JOHN PICKERING
98-01 6TH AVENUE
BRUSSELS-APT.3-0
QUEENS, N.Y. 11314

MAIL

DEC 16 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DIST OF WASHINGTON
BY                      DEPUTY

TO:

CLERK OF U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA. 98101

PRIORITY MAIL®

PRIORITY MAIL

Retail

US POSTAGE PAID
$10.45

Origin: 11375
12/14/24
3528830013-17

0 Lb 3.80 Oz

RDC 03

C028

EXPECTED DELIVERY DAY: 12/16/24

SHIP
TO:
STE 2310
700 STEWART ST
SEATTLE WA 98101-4442

USPS TRACKING® #

9505 5141 9440 4348 4423 48

UNITED STATES
POSTAL SERVICE

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

how2recycle.info

PAPER
POUCH

This package is made from post-consumer waste. Please recycle - again.