AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| John Pickering )<br>*Plaintiff* )<br>v. )<br>Amazon.Com Inc Et Al )<br>*Defendant* ) | Civil Action No. 2:24cv592 |

FILED / LODGED / RECEIVED  MAIL

FEB 12 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

## WAIVER OF THE SERVICE OF SUMMONS

To:  John Pickering
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   12/25/2024  , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/26/2024

*Lauren Donahue*
*Signature of the attorney or unrepresented party*

Amazon.com, Inc. and Amazon.com Services, LLC
*Printed name of party waiving service of summons*

Lauren Norris Donahue
*Printed name*

70 W. Madison, Suite 3300
Chicago, IL 60602
*Address*

lauren.donahue@klgates.com
*E-mail address*

(312) 807-4218
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

JOHN PICKERING
*Plaintiff*

v.

AMAZON.COM INC et. al.,
*Defendant*

Civil Action No. C24-WD592-KKE

FILED LODGED RECEIVED MAIL
FEB 12 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lauren Norris Donahue, Partner K+L Gates LLP, 70 W. Madison, Suite 3300, Chicago IL 60602
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 12/23/2024

John Pickering Pro Se Litigant
*Signature of the attorney or unrepresented party*

John Pickering Pro Se Litigant
*Printed name*

98-01 67TH AVENUE, BRUSSELS-APT.3-O, Queens, NY 11374
*Address*

sunisshineing340@gmail.com
*E-mail address*

(917) 673-3794
*Telephone number*

SERVICE OF PROCESS

TO: U.S. DEPARTMENT OF JUSTICE
   CONSUMER COMPLAINTS FILES
   FRAUD SECTION UNIT
   JUDICIARY CENTER, BLDG,
   555 4TH STREET, N.W.,
   WASHINGTON, D.C. 20001
   TEL (202) 514-7566
   FAX: (202) 307-3569

TO: FREEDOM OF INFORMATION ACT AND
   PRIVACY ACT STAFF
   600 E STREET, N.W., Room 7600
   WASHINGTON, D.C. 20530-0001
   TEL. (202) 616-6757
   FAX (202) 616-6478

TO: AMAZON LEGAL DEPARTMENT
   P.O. BOX 81226
   SEATTLE,
   WA 98108

TO: AMAZON PAYMENTS, INC.
   P.O. Box 81226
   SEATTLE, WA 98108

TO: FOOD SERVICE DIRECT
   HEADQUARTERS
   905 G St Ste A,
   HAMPTON, VIRGINIA, 23661
   TEL: (757) 244-4819

SERVICE OF PROCESS

TO: FOODSERVICEDIRECT.COM
2 EATON ST.,
HAMPTON, VIRGINIA 23669
TEL (855) 705-0755 / (757) 644-4465

TO: U.S. DEPARTMENT OF AGRICULTURE,
OFFICE OF ASSISTANT
SECRETARY FOR CIVIL RIGHTS,
DISCRIMINATION COMPLAINT
1400 INDEPENDENCE AVENUE S.W.,
WASHINGTON, D.C. 20250-9410
FAX: (202) 690-7442
email: OAC@usda.gov

OFFICE OF THE NYS ATTORNEY GENERAL
ANTITRUST BUREAU,
CONSUMER FRAUDS AND
PROTECTION BUREAU,
THE CAPITAL
ALBANY, NY 12224-0341
TEL (800) 771-7755

TO: ANTITRUST DIVISION (ATR)
OF THE UNITED STATES
DEPARTMENT OF JUSTICE,
"COMPLAINT"
950 PENNSYLVANIA AVENUE, N.W.,
WASHINGTON, D.C. 20530-0001
TEL (888) 647-3258 / (202) 307-2040
ATR@usdoj.gov

2.

SERVICE OF PROCESS

TO: U.S DEPARTMENT OF JUSTICE
JUSTICE MANAGEMENT DIVISION
HUMAN RESOURCES
950 PENNSYLVANIA AVENUE, N.W,
ROOM: 1111
WASHINGTON, D.C. 20530

TO: FOOD AND NUTRITION SERVICE, USDA
1320 BRADDOCK PLACE, ROOM 334
ALEXANDRIA, VA 22314
FAX (833) 256-1665 OR, (202) 690-7442
EMAIL: FNSCIVILRIGHTSCOMPLAINTS@usda.gov

TO: NYS DEPARTMENT OF FINANCIAL SERVICES
CONSUMERS ASSISTANCE UNIT
ONE COMMERCE PLAZA
ALBANY, NY 12257
TEL (212) 480-6400
Services@amazon.com

TO: U.S. DEPARTMENT OF JUSTICE
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL BRIAN BOYNTON
CIVIL DIVISION
950 PENNSYLVANIA AVENUE, N.W
WASHINGTON, D.C. 20530-0001

DATED: 12/12/2024

John Pickering Pro Se
JOHN PICKERING, PRO SE

3.



9589 0710 5270 2381 7781 86



9589 0710 5270 1873 8296 27



9589 0710 5270 1873 8296 41



9589 0710 5270 2381 7782 09

DATED: 12/12/2024

*signature*

4.



```
            PETER STUYVESANT
             335 E 14TH ST
          NEW YORK, NY 10009-9997
              (800)275-8777
12/12/2024                        10:17 AM
------------------------------------------
Product              Qty   Unit     Price
                           Price
------------------------------------------
Priority Mail®        1             $10.45
Flat Rate Env
    Hampton, VA 23661
    Flat Rate
    Expected Delivery Date
        Sat 12/14/2024
    Tracking #:
        9505 5132 2029 4347 4652 06
    Insurance                        $0.00
        Up to $100.00 included
Total                               $10.45

Priority Mail®        1             $10.45
Flat Rate Env
    Washington, DC 20001
    Flat Rate
    Expected Delivery Date
        Sat 12/14/2024
    Tracking #:
        9505 5132 2029 4347 4652 20
    Insurance                        $0.00
        Up to $100.00 included
Total                               $10.45

Priority Mail®        1             $10.45
Flat Rate Env
    Seattle, WA 98108
    Flat Rate
    Expected Delivery Date
        Sat 12/14/2024
    Tracking #:
        9505 5132 2029 4347 4652 44
    Insurance                        $0.00
        Up to $100.00 included
Total                               $10.45

Priority Mail®        1             $10.45
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Sat 12/14/2024
    Tracking #:
        9505 5132 2029 4347 4652 68
    Insurance                        $0.00
        Up to $100.00 included
Total                               $10.45
------------------------------------------
Grand Total:                        $41.80
------------------------------------------
Debit Card Remit                    $41.80
    Card Name: VISA
    Account #: XXXXXXXXXXXX5064
    Approval #: 041610
    Transaction #: 134
    Receipt #: 079723
    Debit Card Purchase: $41.80
    AID: A0000000980840         Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------

    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
        Associate can show you how.
```

**Receipt 1 (Certified Mail):**
Sent To: AMAZON'S LEGAL DEPARTMENT
Street and Apt. No., or PO Box No.: P.O. BOX 81226
City, State, ZIP+4: SEATTLE, WA 98108
Tracking: 9589 0710 5270 1873 8296 47

**Receipt 2 (Certified Mail):**
Sent To: CODIO SERVICE DIRECT, HEADQUARTERS
Street and Apt. No., or PO Box No.: 905 G. ST. STE. A
City, State, ZIP+4: HAMPTON, VIRGINIA 23661
Tracking: 9589 0710 5270 2381 7782 09

**Receipt 3 (Certified Mail):**
Tracking: 70 2381 7781 86

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | Postmark Here |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ | |

Sent To: US DOJ CONSUMER PROT. OFFICE
Street and Apt. No., or PO Box No.: 555 4TH STREET, N.W., FRAUD UNIT SECT.
City, State, ZIP+4®: WASHINGTON, D.C. 20001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | Postmark Here |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ | |

Sent To: US ATTY GEN. US DOJ JUSTICE Mgt. DIV.
Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE., NW, RM 111
City, State, ZIP+4®: WASHINGTON, D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

JOHN PICKERING
98-01 67TH AVENUE
BUILDERS APT. 3-O
QUEENS, N.Y. 11374

FILED
LODGED
RECEIVED

FEB 12 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CLERK
U.S. DISTRICT COURT
U.S. COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

9590 9402 8484 3186 4060 26

2. Article Number (Transfer from service label)
9589 0710 5270 2381 7782 16

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. POSTAGE PAID
FCM LETTER
REGO PARK, NY 11374
FEB 04, 2025
$1.01
S2322W501424-24

98101
RDC 99

FEB 4 2025 USPS 11374

Retail

U.S. DISTRICT COURT
CLERK OF THE COURT
U.S. COURTHOUSE
700 STEWART STREET,
SUITE 2310
SEATTLE, WA. 98101

