# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING, <br><br> Plaintiff(s), <br> v. <br><br> AMAZON.COM INC., et al., <br><br> Defendant(s). | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER C24-0592-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court granted a motion to dismiss filed by Defendants Amazon.com, Inc., and Amazon.com Services LLC and dismissed Plaintiff's claims against these Defendants with prejudice.

The Court dismissed Plaintiff's remaining claims against Defendants FoodServiceDirect.com/FoodServiceDirect.com Headquarters without prejudice for failure to serve, under Federal Rule of Civil Procedure 4(m).

Dated May 23, 2025.

Ravi Subramanian
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk