

FILED
LODGED
RECEIVED

JUN 20 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

COVER SHEET

RE: CASE: 2:24-cv-00592(KKE) PICKERING VS. AMAZON.COM, INC., et.al., [P]LAINTIFFS-[P]ETITIONERS-[A]PPELLANTS, PRO SE "OBJECT", "REPLY AND RESPONSE" TO U.S. DISTRICT JUDGE ORDER DISMISSING CASE, ORDER DATED: 5/23/25, PLAINTIFF "OBJECT" IN ACCORD WITH "MOTION, FOR NOTICE OF APPEAL IN ACCORD. WITH INTERLOCUTORY DECISIONS, INTERLOCUTORY APPEALS (DEJURE, RECORD, SERVICE OF PROCESS, TRIAL, WRIT), 28 USC § 1337 AND 18 USC § 3231.

1-6 PAGES, EXHIBITS 3 PAGES.

U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

John Pickering

    PLAINTIFF(S)

V.

AMAZON.COM INC., et al.,

    DEFENDANT(S)

NOTICE OF CIVIL APPEAL

CASE NO. 2:24-CV-00592-KKE

U.S. DISTRICT COURT JUDGE

FILED / LODGED / RECEIVED — MAIL
JUN 20 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

NOTICE IS HEREBY GIVEN THAT, John Pickering PRO SE, IN THE ABOVE-NAMED CASE APPEAL TO THE U.S. COURT OF APPEALS FOR NINTH CIRCUIT FROM (A) ORDER.

THIS UNITED STATES DISTRICT COURT, TITLE 28 JUDICIAL ADMINISTRATION 28 CFR Pt. 0, SUBPT. Y, APP. APPENDIX TO SUBPART Y OF PART O — REGULATIONS OF AUTHORITY TO COMPROMISE AND CLOSE CIVIL CLAIMS., AND U.S. DISTRICT COURT JUDGE UPHOLD THE FEDERAL RULES OF CIVIL + CRIMINAL PROCEDURES AND PROTECT (PLAINTIFF'S-APPELLANT'S RIGHTS) — VICTIMS RIGHTS ... VICTIMS COMPENSATION CLAIM, "DISCRIMINATION", 7 CFR PART 278 AMA, 28 CFR PART 0 — ANTITRUST LAWS AND REGULATIONS (INDIVIDUALS AND CORPORATION, CORPORATE ENTITIES).

## VALID REASONS TO APPEAL [A] COURT'S DECISION

a) THE JUDGE REFUSED TO HAVE [A] TRIAL ON TITLE, LIST OF CLAIMS, LIST OF PLEADING AND, LIST OF RELIEF.

b) THE JUDGE REFUSE TO ALLOW RELEVANT EVIDENCE, WHICH HURT THE APPELLANT'S CASE.

c) JUDGE IGNORES EVIDENCE PRESENTED, DISMISSED EVIDENCE OR, EXCLUDED EVIDENCE.

d) THERE WAS NOT [A] JURY TRIAL NOR, NON JURY TRIAL

## GROUNDS FOR APPEAL

[A]N ERROR OF LAW, LEGAL ERRORS, MISINTERPRETATION, OR MISAPPLICATION. THE CORE PURPOSE OF APPELLATE COURT IS TO RIGHT LEGAL WRONGS. IF [A] TRIAL COURT JUDGE MADE [A] LEGAL ERROR, MISINTERPRETED THE LAW" ERRONEOUS FINDINGS" APPELLANT HAVE AN ABSOLUTE RIGHT TO HOLD THIS, U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON SEATTLE, ACCOUNTABLE FOR THEIR "PROCEDURAL ERRORS" AND SEE JUSTICE PREVAIL" DUE PROCESS",

[E]RRORS MADE DURING THE ORIGINAL PROCESS, UNFAIRNESS, UNREASONABLE ORDER, OPINION, VERDICT. THERE WAS NO JURY INSTRUCTIONS"

3.

[E]RRONEOUS FINDINGS, CLEARLY ERRONEOUS JUDGMENT/ORDER.

## U.S. MARSHAL SERVICE

[I]N SUMMARY, "NOTICE OF APPEAL", IF [A] ADMINISTRATION, CORPORATION, COMPANY OR, GOVERNMENT AGENCY, etc. — CANNOT BE SERVED CONVENTIONALLY, THE PLAINTIFF "DID" REQUEST ALTERNATIVE STRATEGIES, SUCH AS — COURT APPROVED ALTERNATIVE SERVICE (U.S MARSHAL SERVICE — USM-285: U.S. MARSHALS PROCESS RECEIPT AND RETURN.

THE FORM USM-285 IS [A] FIVE-COPY FORM SET DESIGNED AS [A] CONTROL DOCUMENT FOR PROCESS SERVED BY [A] U.S MARSHAL OR, DESIGNEE WILL RECEIPT FOR ALL OF THEM ON THE FIRST FORM USM-285- FORMS. — "ACKNOWLEDGMENT OF RECEIPT COPY"

SERVICE ON GOVERNMENT OFFICERS IN OFFICIAL CAPACITY, AGENCIES — (USAM 4-2.310) BY SENDING [A] COPY OF THE SUMMONS AND THE COMPLAINT BY REGISTERED OR, CERTIFIED MAIL TO THE OFFICER, AGENCY, OR CORPORATION, FRCP. 4(i)(2) 28 USC § 1391(e)(3) IN ADDITION, 28 USC § 1391(e)(3) PERMITS SERVICE OF AN OFFICER OR AGENCY BY — CERTIFIED MAIL BEYOND THE TERRITORIAL LIMITS OF THE JURISDICTION IN WHICH

4.

THE ACTION IS BROUGHT.

THE U.S ATTORNEY GENERAL SERVICE OF PROCESS, THE ATTORNEY GENERAL HAS DESIGNATED THE ASSISTANT ATTORNEY GENERAL FOR ADMINISTRATION — JUSTICE MANAGEMENT DIVISION, 950 PENNSYLVANIA AVENUE, N.W., ROOM 1111, WASHINGTON, D.C. 20530 — TO ACEPT SERVICE OF SUMMONS AND COMPLAINTS FOR HER/HIM, — 28 CFR § 0.77 (j).

TITLE 28 (JUDICIAL ADMINISTRATION) OF THE CODE OF FEDERAL REGULATIONS ("CFR") CHAPTER 1, PART 0, SUBPART 0 (JUSTICE MANAGEMENT DIVISION) SECTION 0.77 ENTITLED "OPERATIONAL FUNCTIONS".

APPEALS TO THE UNITED STATES COURT OF APPEALS, FOR THE NINTH CIRCUIT FROM THE ABOVE-NAMED CASE FROM [A] JUDGMENT/ORDER"

ORDER DISMISSING CASE/JUDGMENT IN CIVIL CASE, ENTERED IN THIS ACTION ON (MAY 23, 2025) — SEE ATTACHED DOCUMENT:

DATED: 6/2/2025

Juan Pickering

5.

Case 2:24-cv-00592-KKE   Document 27   Filed 06/20/25   Page 6 of 10

COUNSEL FOR APPELLANT



9589 0710 5270 1434 2821 20

APPELLANT/PRO SE

*John Pickering*
JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT. 3-O
REGO PARK
QUEENS, NY 11374
Tel. (646) 469-0087

6.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING, | CASE NO. C24-0592-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The Court previously ordered Plaintiff to show cause why the claims remaining in this lawsuit, against Defendant FoodServiceDirect.com[1], should not be dismissed for failure to serve. Dkt. No. 23. The Court has already dismissed Plaintiff's claims against other Defendants. *See id.*

Plaintiff, representing himself, filed a timely response to the order to show cause. *See* Dkt. No. 24. Plaintiff's response in part objects to the Court's order granting a motion to dismiss filed by Defendants Amazon.com, Inc., and Amazon.com Services LLC. *Id.* at 1–5. To the extent that Plaintiff's response could be construed as a motion for reconsideration, the Court denies a request to reconsider because Plaintiff has not shown error in the Court's earlier order or identified new facts or legal authority that could not have been raised earlier. *See* Local Rules W.D. Wash. LCR 7(h)(1) ("Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

---

[1] FoodServiceDirect.com Headquarters is also listed as a Defendant on the docket, although the complaint does not list any claims separately against Headquarters. *See* Dkt. No. 8–17.

ORDER DISMISSING CASE - 1

Plaintiff's response also fails to show that he has effectuated service on the remaining Defendant(s) FoodServiceDirect.com/Food ServiceDirect.com Headquarters. Plaintiff attached photographs to his response indicating that his mailing to FoodServiceDirect.com Headquarters was returned unopened. *See* Dkt. No. 24 at 12–13. Although Plaintiff suggests that Defendant should have forwarded his mailing somewhere in the chain of command (*id.* at 6), it appears that his mailing was returned by the U.S. Postal Service and did not reach anyone connected with FoodServiceDirect.com who could have forwarded it to someone who could accept service of process. *Id.* at 12–13.

Federal Rule of Civil Procedure Rule 4(m) provides that, if service of the summons and complaint is not made upon a defendant within 90 days of filing the complaint, federal district courts must *sua sponte* dismiss an action without prejudice, after notice to the plaintiff. It is essentially undisputed that proper service has not been effectuated on FoodServiceDirect.com/FoodServiceDirect.com Headquarters, despite multiple warnings from the Court that if service was not accomplished Plaintiff's claims may be dismissed. *See* Dkt. Nos. 10, 12, 23.

Accordingly, the Court DISMISSES Plaintiff's remaining claims against FoodServiceDirect.com/FoodServiceDirect.com Headquarters without prejudice, due to Plaintiff's failure to prosecute, in accordance with Federal Rule of Civil Procedure 4(m). The clerk shall administratively close this case.

Dated this 23rd day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 2

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN PICKERING, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | CASE NUMBER C24-0592-KKE |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court granted a motion to dismiss filed by Defendants Amazon.com, Inc., and Amazon.com Services LLC and dismissed Plaintiff's claims against these Defendants with prejudice.

The Court dismissed Plaintiff's remaining claims against Defendants FoodServiceDirect.com/FoodServiceDirect.com Headquarters without prejudice for failure to serve, under Federal Rule of Civil Procedure 4(m).

Dated May 23, 2025.

Ravi Subramanian
Clerk of Court

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT. 3-0
QUEENS, N.Y. 11374




Retail
U.S. POSTAGE PAID
FCM LG ENV
FOREST HILLS, NY 11375
JUN 17, 2025
$2.04
RDC 99
98101
S2324N501275-33

FILED
LODGED
RECEIVED  MAIL
JUN 20 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

TO: U.S. DISTRICT COURT
WDWS, CLERKS OFFICE
U.S. COURTHOUSE
700 STEWART STREET,
SUITE 2310
SEATTLE, W.A. 98101