# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 25-3951

**Case Name** Pickering v. Amazon.com, Inc., et al.

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** John Pickering   **Date** 7/11/2025

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

Non-frivolous legal issues on appeal are as follows, clearly erroneous and, de novo antitrust laws and regulations suit against defendant(s), et al., Amazon.com, Inc., et al. There is [a] substantial question of law, substantial constitutional law — EBT SNAP program purchasing price fixing. Substantial constitutional federal question, and substantial constitutional question. In essence, unfair or deceptive acts or practices (UDAP) and antitrust laws involves intervention such as federal trade commission act (FTC) and several states of the attorney generals of several states. Are legal issues on appeal.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4    *1*    Rev. 12/01/2018

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and Dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child Support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 967.00 | $ N/A | $ 967.00 | $ N/A |
| Unemployment Payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-Assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify) ELIGIBILITY FOR SNAP | $ 292.00 | $ N/A | $ 0 | $ N/A |
| TOTAL MONTHLY INCOME: | $ 0 | $ N/A | $ 0 | $ N/A |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                                   2                                   Rev. 12/01/2018

2. List your employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |

3. List your spouse's employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |
| N/A | N/A | From | N/A | $ 0 |
| | | To | N/A | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4            3            Rev. 12/01/2018

4. *How much cash do you and your spouse have?*  $ 0

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| BANK | SSI DISABILITY UNEARNED INCOME | $ 15,000.00 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| 0 | $ 0 | 0 | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 0 | 0 | 0 | $ 0 |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 0 | 0 | 0 | $ 0 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4                                              4                                    Rev. 12/01/2018

| Other Assets | Value |
|---|---|
| N/A | $ 0 |
| N/A | $ 0 |
| N/A | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| FEDERAL AND STATE COURTS PERTAINING TO MULTIPLE LAWSUITS – PRO SE LITIGANT. | $ UNSPECIFIED | $ N/A |
| N/A | $ 0 | $ N/A |
| N/A | $ 0 | $ N/A |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4 — 5 — Rev. 12/01/2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 2,069.00 | $ N/A |
| - Are real estate taxes included?   ○ Yes  ● No | | |
| - Is property insurance included?   ○ Yes  ● No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 57.00 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 292.00 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 20.00 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 132.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ N/A |
| - Life | $ 0 | $ N/A |
| - Health | $ 0 | $ N/A |
| - Motor Vehicle | $ 0 | $ N/A |
| - Other | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify  N/A | $ 0 | $ N/A |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                                        6                                    Rev. 12/01/2018

|  | You | Spouse |
|---|---|---|
| Installment payments |  |  |
| - Motor Vehicle | $ 0 | $ N/A |
| - Credit Card (name) ~~JOTH CHASE DEBIT VISA~~ N/A | $ 0 | $ N/A |
| - Department Store (name) N/A | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify) COPIES, POSTAGE, FAX, EMAIL, STATIONARY COSTS, | $ 200.00 | $ N/A |
| **TOTAL MONTHLY EXPENSES** | $ 200.00 | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ●Yes  ○No

   If Yes, describe on an attached sheet.  JUDGMENT OR SETTLEMENT, DEFAULT JUDGMENTS.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ●Yes  ○No

    If Yes, how much? $ 200 OR 300

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    FEDERAL POVERTY LEVEL.!

12. *State the city and state of your legal residence.*

    City: 98-01 67TH AVENUE, REGO PARK QUEENS    State: NEW YORK

    Your daytime phone number (ex., 415-355-8000): 917-673-3794

    Your age: 61    Your years of schooling: HIGH SCHOOL GRADUATE

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4　　　　　7　　　　　Rev. 12/01/2018

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JULY 16, 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN PICKERING, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> AMAZON.COM, INC.; et al., <br><br> Defendants - Appellees. | No. 25-3951 <br><br> D.C. No. 2:24-cv-00592-KKE <br> Western District of Washington, Seattle <br><br> ORDER |

The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. See 9th Cir. R. 42-1.

The clerk will serve a copy of Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JULY 16, 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN PICKERING,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>AMAZON.COM, INC.; et al.,<br><br>    Defendants - Appellees. | No. 25-3951<br><br>D.C. No.<br>2:24-cv-00592-KKE<br>Western District of Washington,<br>Seattle<br><br>ORDER |

The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. See 9th Cir. R. 42-1.

The clerk will serve a copy of Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   CLERK'S OFFICE FOR THE
   U.S DISTRICT COURT
   WESTERN DISTRICT OF
   WASHINGTON.
   700 STEWART STREET, SUITE 2310
   SEATTLE, WA. 98101-1272

   9590 9402 8493 3186 4351 61

2. Article Number (Transfer from service label)
   9589 0710 5270 3258 4408 23

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ■ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ■ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ■ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ■ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #



9590 9402 8493 3186 4351 61

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

   JOHN PICKERING
   98-01 67TH AVENUE
   BRUSSELS - APT. 3-O
   QUEENS, NY 11374

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LEGAL MAIL

quadient
FIRST-CLASS MAIL
IMI
$003.43
06/25/2025 ZIP 94103
043M31241397

US POSTAGE



**SPECIAL MAIL**

OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE



PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE — ONE RATE ■ ANY WEIGHT

AUG 04 2025

PME
REGO PARK, NY 11374
AUG 01, 2025
98101
$31.40
RDC 07
S2324E500778-10

ER 206 521 107 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( 919 ) 673-3794
JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT. 3-D
QUEENS, N.Y. 11374

TO: (PLEASE PRINT)
CLERK'S OFFICE
U.S. DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET
SUITE 2310
ZIP+4: 98101-1272

PO ZIP Code: 11374
Date Accepted: 8/1/25
Time Accepted: 9:23 AM
Scheduled Delivery Date: 8/2/25
Postage: $31.40
Total Postage & Fees: $31.40

John Pickering
98-01 69TH Avenue
BRUSSELS - APT. 3-0
QUEENS, NY 11374

CLERK'S OFFICE FOR THE
US DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET,
SUITE 2310,
SEATTLE, WA 98101-1272

FILED
LODGED
RECEIVED

MAIL

AUG 04 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY